UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT E. SMOLEN,

                Plaintiff,

-against-

THE FEDERAL AVIATION ADMINISTRATION,

                Defendant.

22-CV-0044 (AJN)

ORDER OF SERVICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/22

ALISON J. NATHAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court issued a summons as to Defendant Federal Aviation Administration on January 7, 2022. Dkt. No. 4. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail an information package to Plaintiff. Plaintiff has consented to receive electronic service of notices and documents in this action. (ECF 1, at 9.)

SO ORDERED.

Dated:
    January 10, 2022
    New York, New York

                                      ALISON J. NATHAN
                                  United States District Judge