```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ROBERT E. SMOLEN,                                              :
                                                               :
                                Plaintiff,                     :
                                                               :
                -v-                                            :
                                                               :
THE FEDERAL AVIATION ADMINISTRATION,                           :
                                                               :
                                Defendant.                     :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2022

22-cv-00044 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    On August 5, 2022, Defendant submitted a letter to the Court requesting that the parties be relieved of the obligation to file a proposed Case Management Plan using the standard form and proposing a briefing schedule for cross-motions for summary judgment.  Dkt. No. 23.  Defendant's request to be relieved of the obligation to file a proposed Case Management Plan using the standard form is GRANTED.  The briefing schedule will be discussed at the initial pretrial conference scheduled for August 16, 2022.

    SO ORDERED.

Dated: August 8, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                       United States District Judge