**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT E. SMOLEN,

                Plaintiff,                    22 **CIVIL** 0044 (LJL)

      -against-                        **JUDGMENT**

FEDERAL AVIATION ADMINISTRATION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 2, 2023, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          June 5, 2023

                                                              **RUBY J. KRAJICK**

                                                                   Clerk of Court

                                 **BY:**

                                                                    **Deputy Clerk**